# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PERRY HAMMOND, JR.,

    Plaintiff,

v.                                            Case No. 6:20-cv-1345-RBD-DCI

WASTE PRO USA, INC.; and
WASTE PRO OF MISSISSIPPI, INC.,

    Defendants.
_____

## ORDER

In this Fair Labor Standards Act case, the named parties[1] moved the Court for approval of their settlement agreement. (Doc. 46 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation ("R&R") recommending that the Court grant the Motion and approve the agreement. (Doc. 47.) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

---

[1] Twenty-two other individuals were previously named as plaintiffs to this action, but the sole remaining Plaintiff, Perry Hammond, Jr., voluntarily dropped them from the Second Amended Complaint after a variety of motion practice. (Docs. 31, 36.) Several of those now non-parties then moved the Court to approve their settlement agreements in addition to Plaintiff Hammond's, but the Court denied those motions given that they are no longer named parties to this action. (Docs. 40–45, 48.) Plaintiff Hammond then moved to file a Third Amended Complaint to reinstate those parties, but the Court denied his motion for lack of good cause. (Docs. 49–50.) As such, the approval of Plaintiff Hammond's agreement resolves the outstanding issues for the only remaining parties in this case.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 47) is **ADOPTED, CONFIRMED,** and made a part of this Order in its entirety.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 46) is **GRANTED**.

3. The Settlement Agreement (Doc. 46-1) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 9, 2021.

ROY B. DALTON JR.
United States District Judge